```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00284
    DIETRA G BAILEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3347

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 01/08/2007 and was confirmed 05/23/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors 100.00%.

       The case was dismissed after confirmation 08/06/2008.
--------------------------------------------------------------------------------
    CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
    CAPITAL ONE                SECURED VEHIC    33412.47      2132.51       20892.92
    ALLIED INTERSTATE          UNSECURED        NOT FILED         .00            .00
    AMERICAN EXPRESS TRAVEL    UNSECURED         4855.76          .00            .00
    B-LINE LLC                 UNSECURED          803.62          .00            .00
    AT&T CREDIT MANAGEMENT C   UNSECURED        NOT FILED         .00            .00
    CERTIFIED RECOVERY SYSTE   UNSECURED        NOT FILED         .00            .00
    CERTIFIED RECOVERY SYSTE   UNSECURED        NOT FILED         .00            .00
    CERTIFIED RECOVERY SYSTE   UNSECURED        NOT FILED         .00            .00
    COLLINS RECEIVABLES        UNSECURED        NOT FILED         .00            .00
    COMCAST                    UNSECURED        NOT FILED         .00            .00
    CREDIT PROTECTION ASSOC    NOTICE ONLY      NOT FILED         .00            .00
    COMMONWEALTH EDISON        UNSECURED          832.87          .00            .00
    CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED         .00            .00
    ILLINOIS COLLECTION SYST   UNSECURED        NOT FILED         .00            .00
    ILLINOIS COLLECTION SYST   UNSECURED        NOT FILED         .00            .00
    NATIONWIDE CREDIT & COLL   UNSECURED        NOT FILED         .00            .00
    NATIONWIDE CREDIT & COLL   UNSECURED        NOT FILED         .00            .00
    NICOR GAS                  UNSECURED          184.81          .00            .00
    PEOPLES GAS LIGHT & COKE   UNSECURED           86.74          .00            .00
    RISCUITY                   UNSECURED        NOT FILED         .00            .00
    RISCUITY                   UNSECURED        NOT FILED         .00            .00
    RISCUITY                   UNSECURED        NOT FILED         .00            .00
    RISCUITY                   UNSECURED        NOT FILED         .00            .00
    RMI/MCSI                   UNSECURED          275.00          .00            .00
    RMI/MCSI                   UNSECURED        NOT FILED         .00            .00
    SOUTHWEST CREDIT SYSTEMS   UNSECURED        NOT FILED         .00            .00
    THE NEIGHBORHOOD           UNSECURED        NOT FILED         .00            .00
    WELLS FARGO AUTO FINANCE   UNSECURED        NOT FILED         .00            .00
    B-LINE LLC                 UNSECURED         1026.85          .00            .00
    AMERICAN EXPRESS TRAVEL    UNSECURED         6342.20          .00            .00
    T MOBILE                   UNSECURED        NOT FILED         .00            .00
    JEFFERSON CAPITAL SYSTEM   FILED LATE         189.71          .00            .00

                        PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 00284 DIETRA G BAILEY
```

```
PARAGON PARKWAY         UNSECURED        1712.83              .00               .00
PARAGON PARKWAY         UNSECURED         725.00              .00               .00
STUART B HANDELMAN      DEBTOR ATTY     2,000.00                           1,829.62
TOM VAUGHN              TRUSTEE                                            1,780.95
DEBTOR REFUND           REFUND                                                  .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 26,636.00

PRIORITY                                              .00
SECURED                                         20,892.92
    INTEREST                                     2,132.51
UNSECURED                                             .00
ADMINISTRATIVE                                   1,829.62
TRUSTEE COMPENSATION                             1,780.95
DEBTOR REFUND                                         .00
                      ---------------      ---------------
TOTALS                  26,636.00               26,636.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 11/19/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE